# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

2020 ND 4

Sharon Behm,                                          Plaintiff and Appellee

v.

Dennis Behm,                                      Defendant and Appellant

No. 20190207

Appeal from the District Court of Stutsman County, Southeast Judicial District, the Honorable Troy J. LeFevre, Judge.

AFFIRMED.

Per Curiam.

Scott R. Sandness, Jamestown, N.D., for plaintiff and appellee; submitted on brief.

Dennis Behm, self-represented, Medina, N.D., defendant and appellant; submitted on brief.

**Behm v. Behm**
No. 20190207

**Per Curiam.**

[¶1]   Dennis Behm appeals from a divorce judgment granting Sharon Behm a divorce from him and distributing their marital property. He argues the property distribution is clearly erroneous. We conclude the evidence supports the district court's findings, the disparity in the property division was adequately explained, and the court's decision is not clearly erroneous. We summarily affirm under N.D.R.App.P. 35.1(a)(2). *See Innis-Smith v. Smith*, 2018 ND 34, ¶ 7, 905 N.W.2d 914 (stating this Court does not reweigh evidence, reassess credibility, or substitute our judgment for the district court's decision).

[¶2]   Jon J. Jensen
Jerod E. Tufte
Gerald W. VandeWalle, C.J.
Daniel J. Crothers
Lisa Fair McEvers

1
